**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:20-CV-189-DCK**

| | | |
|---|---|---|
| **TOWN OF BOONE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TRAVELERS INDEMNITY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case.
The mediator, Wayne P. Huckel, filed a "Certification Of Mediation Session" (Document No. 13)
notifying the Court that the parties reached a settlement on October 19, 2021. The Court
commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in
this case, or in the alternative request an extension of time to file such dismissal, on or before
**November 19, 2021**.

**SO ORDERED**.

Signed: October 26, 2021

David C. Keesler
United States Magistrate Judge